IN THE CIRCUIT COURT OF THE
                                                      FIFTH JUDICIAL CIRCUIT, IN AND FOR
                                                      SUMTER COUNTY, FLORIDA

LINDA MARIE CASSELL,                  Case No.:

      Plaintiff,

v.

DOLLAR TREE STORES, INC.

      Defendant.

_____/

## COMPLAINT

      COMES NOW, the Plaintiff, LINDA MARIE CASSELL, by and through the undersigned attorney, and sues the Defendant, DOLLAR TREE STORES, INC. and states:

      1.     This is an action for damages that exceeds the sum of Thirty Thousand Dollars ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001.00" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purpose only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

      2.     At all times material hereto Plaintiff, LINDA MARIE CASSELL, was a resident of Wildwood, Sumter County, Florida.

3. At all times material hereto the Defendant, DOLLAR TREE STORES, INC. was a Foreign Profit Corporation licensed to do and doing business in Wildwood, Sumter County, Florida.

4. At all times material hereto the Defendant, DOLLAR TREE STORES, INC., was in possession and/or control of and/or maintained that certain business known as Dollar Tree, located at 5977 E. County Road 462, Wildwood, Sumter County, Florida, said business being that of a retail store, open to the general public, including the Plaintiff herein.

5. On or about September 7, 2020, the Plaintiff, LINDA MARIE CASSELL, visited Defendant, DOLLAR TREE STORES, INC. premises located at the above mentioned address to shop as a retail customer.

6. At said time and place Plaintiff, LINDA MARIE CASSELL, was a guest at DOLLAR TREE STORES, INC. and lawfully upon the premises of the Defendant.

7. At said time and place, while Plaintiff, LINDA MARIE CASSELL, was visiting Defendant's premises located at the above address as a retail customer, as she was walking in the store she slipped and fell on a liquid substance that was negligently left on the floor causing her to fall, sustaining significant bodily injuries.

8. At said time and place, Defendant, DOLLAR TREE STORES, INC., was in possession and/or control of and/or maintained the subject area where Plaintiff, LINDA MARIE CASSELL slipped and fell.

9. At all times material hereto, Defendant owed Plaintiff a duty to maintain the premises in a reasonably safe condition and to correct any dangerous condition about which it either knew or should have known by the use of reasonable care to avoid injuries to its customers, including Plaintiff, LINDA MARIE CASSELL.

10. Further, Defendant owed Plaintiff a duty to warn of any latent conditions about which it had, or should have had, knowledge greater than Plaintiff and which created an unreasonable risk of harm to Plaintiff.

11. At said time and place, Defendant, DOLLAR TREE STORES, INC., negligently breached the duties it owed to Plaintiff.

12. At all times material to the subject incident, Defendant had actual knowledge of the dangerous condition and failed to take action to remedy it.

13. At all times material to the subject incident, Defendant had constructive knowledge of the dangerous condition because the dangerous condition existed for such a length of time that, in the exercise of ordinary care, the business establishment should have known of the condition, and/or the condition occurred with regularity and was therefore foreseeable.

14. As a direct and proximate result of the negligence of Defendant, DOLLAR TREE STORES, INC., Plaintiff, LINDA MARIE CASSELL, suffered bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish and pain, loss of earnings, loss of the ability to earn money and aggravation of a previously existing condition and has incurred substantial medical expenses for treatment and care, past, present and future. Said losses, injuries, and expenses are either permanent or continuing in nature and Plaintiff, LINDA MARIE CASSELL, will continue to suffer same in the future.

WHEREFORE, Plaintiff, LINDA MARIE CASSELL, demands judgment for damages, cost, prejudgment interest for any out of pocket payments for expenses made by Plaintiff prior to entry of judgment against Defendant, DOLLAR TREE

STORES, INC., and such relief deemed proper by the Court. Plaintiff also demands trial by jury on all issues so triable.

DATED this 4th day of August, 2021.

/s/ D. Graham Anderson
D. Graham Anderson, Esq.
Florida Bar No.: 62443
Bogin, Munns & Munns, P.A.
1390 N. Hancock Road, Suite 201
Clermont, FL  34711
(352)243-8981
Attorney for Plaintiff
ganderson@boginmunns.com
cscherr@boginmunns.com
aquintana@boginmunns.com
bmmservice@boginmunns.com